IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>CESAR RESHAWN MARTINEZ<br>*Defendant.* | § § § § § § § § §   NO. 6:05-CR-75-ADA-5 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 433. The Report recommends that Defendant's Oral Motion for Release during the August 22, 2023, hearing be granted, and he be released from the custody of the U.S. Marshals. *Id.* at 1. The Report was filed on August 22, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Here, Defendant and the Government waived the 14-day rule to file objections. ECF No. 432.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland, ECF No. 433, is **ACCEPTED AND ADOPTED**. Defendant's Oral Motion for Release is **GRANTED**. **IT IS ORDERED** that Defendant Cesar Reshawn Martinez be immediately released from the custody of the U.S. Marshals. **SO ORDERED** this 22nd day of August, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE